639 A.2d 299

JEFFERSON–HALSEY ROADS ASSOCIATES, L.P.
v. PARSIPPANY–TROY HILLS TOWNSHIP
(MORRIS COUNTY).

February 23, 1994.

## ORDER

The Court having carefully reviewed the filings of all parties on the merits of the appeal, and good cause appearing;

ORDERED that the appeal is dismissed for failure to state a substantial constitutional issue within the meaning of the requirements of *Rule* 2:2–1(a)(1) and applicable caselaw.